# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 25, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

152077-8

JAIME PRANSKY,
        Plaintiff-Appellant,

v

                             SC: 152077-8
                             COA: 319266; 319613

FALCON GROUP, INC.,
        Defendant-Appellee.
                             Oakland CC: 2013-134611-CK

_____/

On order of the Court, the application for leave to appeal the June 18, 2015 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 25, 2016



Clerk

a0414